# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>Lester Fraser<br>      Debtor | CHAPTER 13<br><br>CASE NO.: 19-17881-mdc<br><br>HEARING DATE: February 23, 2021<br>TIME: 10:30 a.m.<br>LOCATION: COURTROOM #2 |

## ORDER FOR RELIEF

AND NOW, this __5th__ day of _____March_____, 2021, upon the Motion of BANKUNITED, N.A. ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on the Mortgaged Premises located at 291 Jackson Avenue, Lansdowne, PA 19050 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0602217; 1}