United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-17881-mdc

Lester Fraser                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lester Fraser, 291 Jackson Avenue, Lansdowne, PA 19050-1233 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK UNITED N.A., c/o Michael J. Shavel, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| cr | + | CARRINGTON MTS SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Cavalry SPV I, LLC, 500 Summit Lake Drive Ste 400 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021               Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | |
| | on behalf of Creditor The Bank Of New York Mellon  et.al. paeb@fedphe.com |
| KENNETH E. WEST | |
| | on behalf of Debtor Lester Fraser dwabkty@aol.com  G6211@notify.cincompass.com |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor BANK UNITED N.A. mshavel@hillwallack.com  ldejesus@hillwallack.com;lharkins@hillwallack.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 08, 2021                    Form ID: pdf900                              Total Noticed: 4

REBECCA ANN SOLARZ
                         on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE
                         TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF
                         THE CWHEQ INC., CWHEQ REVOLVING HOME bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
                         on behalf of Creditor The Bank Of New York Mellon  et.al. paeb@fedphe.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                         ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>Lester Fraser<br>      Debtor | CHAPTER 13<br><br>CASE NO.: 19-17881-mdc<br><br>HEARING DATE:  February 23, 2021<br>TIME:  10:30 a.m.<br>LOCATION:  COURTROOM #2 |

**ORDER FOR RELIEF**

AND NOW, this __5th__ day of _____March_____, 2021, upon the Motion of BANKUNITED, N.A. ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on the Mortgaged Premises located at 291 Jackson Avenue, Lansdowne, PA 19050 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0602217; 1}