United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17881-mdc |
| Lester Fraser | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lester Fraser, 291 Jackson Avenue, Lansdowne, PA 19050-1233 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | CARRINGTON MTS SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 14447200 | + | BANK UNITED N.A., c/o Michael J. Shavel, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| 14441866 | | Bank Of America Home Loan Serv., Att. Customer Service, PO Box 941657, Simi Valley, CA 93094-1657 |
| 14441867 | | Barclays Bank Of DE, PO Box 8802, Wilmington, DE 19899-8802 |
| 14444536 | + | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144-5942 |
| 14441869 | | CarMax Business Services, PO Box 440609, Kennesaw, GA 30160-9511 |
| 14441870 | | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074-5001 |
| 14441872 | + | Comcast Cable, 2350 Washington Pl NE Ste 105N, Washington, DC 20018-1071 |
| 14481371 | + | DC Gov't Office of Tax, and Revenue, P.O.Box 37559, Washington, DC 20013-7559 |
| 14441875 | | Hill Wallack LLP, 777 Township Line Rd Ste 250, Yardley, PA 19067-5565 |
| 14441877 | + | J. Scott Watson, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14451173 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14526871 | | Lifestyle Holidays Vacation Club, PO Box 608 Columbus Plaza, Torre 1, 5700 Puerto Plata, Dominican Republic |
| 14455489 | | Office of Tax and Revenue, PO Box 96169, Washington, DC 20090-6169 |
| 14441878 | ++ | PEPCO, LEGAL SERVICES, PEPCO HOLDINGS INC, 701 NINTH ST NW SUITE 1100, WASHINGTON DC 20068-0001 address filed with court:, Pepco, Billing, PO Box 97274, Washington, DC 20090-7274 |
| 14471982 | | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14566773 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14463771 | | The Bank Of New York Mellon, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2021 01:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2021 01:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14445196 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 09 2021 01:38:00 | Bank United N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14441868 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 09 2021 01:53:16 | Capital One, Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14451590 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 09 2021 01:49:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 14446178 | + | Email/Text: bankruptcy@cavps.com | Apr 09 2021 01:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14441876 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2021 01:38:00 | Dept. of the Treasury, IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14449406 | | Email/Text: mrdiscen@discover.com | Apr 09 2021 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14441873 | | Email/Text: mrdiscen@discover.com | Apr 09 2021 01:38:00 | Discover Card, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14441874 | | Email/Text: bknotice@ercbpo.com | Apr 09 2021 01:39:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14441871 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 09 2021 01:53:15 | Chase - Amazon.com, PO BOX 15123, Wilmington, DE 19082-1308 |
| 14462904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2021 01:49:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14441879 | | Email/Text: bankruptcy@sw-credit.com | Apr 09 2021 01:39:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 14441880 | + | Email/Text: jerome.smalls@ogc.upenn.edu | Apr 09 2021 01:39:00 | University Of Pennsylvania, Franklin Bldg., 3451 Walnut St Rm 216, Philadelphia, PA 19104-6243 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Cavalry SPV I, LLC, 500 Summit Lake Drive Ste 400 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK UNITED N.A., c/o Michael J. Shavel, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor The Bank Of New York Mellon et.al. paeb@fedphe.com |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Apr 08, 2021     Form ID: pdf900     Total Noticed: 35

KENNETH E. WEST
on behalf of Debtor Lester Fraser dwabkty@aol.com G6211@notify.cincompass.com

MICHAEL J. SHAVEL
on behalf of Creditor BANK UNITED N.A. mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor The Bank Of New York Mellon et.al. paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
LESTER FRASER

Chapter 13

Debtor

Bankruptcy No. 19-17881-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 8, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Debtor:
LESTER FRASER

291 JACKSON AVENUE

LANSDOWNE, PA 19050-